1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Lawrence D. Rohlfing, Inc., CPC
   12631 East Imperial Highway Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Leonard Stone
6  Attorney at Law: 5791
   Shook and Stone, Chtd.
7  710 South 4th Street
   Las Vegas, NV 89101
8  Tel.: (702) 385-2220
   Fax: (702) 384-0394
9  E-mail:  LStone@shookandstone.com

10 Attorneys for Plaintiff
   Marlon Demon Traylor
11

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARLON DEMON TRAYLOR, | Case No.: 2:25-cv-00429-BNW |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND [PROPOSED] ORDER |
| vs. | (FIRST REQUEST) |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Marlon Demon Traylor and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from June 11, 2025 to July 11, 2025, for

-1-

1  Plaintiff to file his brief with all other deadlines as per the Supplemental Rules for
2  Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil
3  Procedure extended accordingly. This is Plaintiff's first request for an extension.
4  This request is made at the request of Plaintiff's counsel. Counsel has multiple
5  briefs due the week of June 9, 2025.  This extension will allow counsel the
6  necessary time to fully research and brief the issues presented.

7  DATE: June 3, 2025            Respectfully submitted,

8                                LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

9                                     /s/ *Marc V. Kalagian*
10                        BY: _____
                              Marc V. Kalagian
11                            Attorney for plaintiff Marlon Demon Traylor

12 DATE: June 3, 2025              SIGAL CHATTAH
                                   United States Attorney
13

14

15                                /s/ *Angela Thornton-Millard*

16                        BY: _____

17                            Angela Thornton-Millard
                              Special Assistant United States Attorney
18                            |*authorized by e-mail|

19                            **ORDER**

20 IT IS SO ORDERED:

21 DATE: 6/4/2025           _____
22                          THE HONORABLE BRENDA WEKSLER
                            UNITED STATES MAGISTRATE JUDGE
23

24

25

26

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:25-CV-00429-BNW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on June 3, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff
_____