SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MELISSA A. DELGUERCIO, NYSBA 3018819
    Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (410) 965-6175
    melissa.a.delguercio@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARLON DEMON TRAYLOR, | ) |
|     Plaintiff, | ) Case No. 2:25-cv-00429-BNW |
| v. | ) **UNOPPOSED MOTION FOR** |
| FRANK BISIGNANO, | ) **EXTENSION OF TIME** |
| Commissioner of Social Security, | ) (***FIRST REQUEST***) |
|     Defendant. | ) |

Defendant respectfully moves this Court to extend the deadline to file a response to Plaintiff's Brief, filed on July 11, 2025 (Dkt. No. 12) from the current due date of August 8, 2025, to September 5, 2025.

//

This is Defendant's first request for an extension of time. Good cause exists for this extension due to Defendant's counsel's workload. Defendant's counsel was assigned to respond to Plaintiff's brief on July 29, 2025. Although the deadline for Defendant's response is quickly approaching, counsel has diligently reviewed Plaintiff's brief, the issues presented therein, and has started a preliminary review of the 2,591-page administrative record. Additional time is required to evaluate the issue raised in Plaintiff's brief, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's Brief. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

The undersigned conferred with Plaintiff's counsel, who has no opposition to the requested motion.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Brief, through and including September 5, 2025.

DATED: July 30, 2025

Respectfully submitted,

SIGAL CHATTAH
United States Attorney

By: *s/ Melissa A. DelGuercio*
MELISSA A. DELGUERCIO
Special Assistant United States Attorney
Office of Program Litigation, Office 7


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  7/31/2025

2

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, MD 21235. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Marc V. Kalagian
marc.kalagian@rksslaw.com
Attorney for Plaintiff

Leonard Stone
lstone@shookandstone.com
Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 30, 2025

                                          */s/ Melissa A. DelGuercio*
                                          MELISSA A. DELGUERCIO
                                          Special Assistant United States Attorney