SIGAL CHATTAH, NSBNB 8264
Acting United States Attorney

MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MELISSA A. DELGUERCIO, NYSBA 3018819
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 965-6175
melissa.a.delguercio@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARLON DEMON TRAYLOR, | Case No.: 2:25-cv-00429-BNW |
| Plaintiff, | |
| v. | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), *as amended*, 42 U.S.C. § 405(g), sentence four.

On remand, the Commissioner will remand the case to an administrative law judge ("ALJ") for a new decision. The ALJ will further take any action needed to complete the administrative record and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: September 3, 2025            Respectfully submitted,

                                   LAW OFFICES OF LAWRENCE D. ROHLFING, INC. CPC

                                   */s/ Marc V. Kalagian*
                                   MARC V. KALAGIAN
                                   (*as authorized via email)
                                   Attorney for Plaintiff

Dated: September 3, 2025            Respectfully submitted,

                                   SIGAL CHATTAH
                                   Acting United States Attorney

                                   */s/ Melissa A. DelGuercio*
                                   MELISSA A. DELGUERCIO
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: September 4, 2025

2

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, Maryland 21235. I am not a party to the above-entitled action. On the date set forth below, I caused service of **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: Lstone@shookandstone.com

Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 3, 2025

                                        */s/ Melissa A. DelGuercio*
                                        MELISSA A. DELGUERCIO
                                        Special Assistant United States Attorney